

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

The clerk's record was originally due April 6, 2018, but was not filed. On May 3, 2018, this court notified the trial court clerk that the clerk's record was late. *See* TEX. R. APP. P. 37.3(a)(1). The clerk responded to our notice by stating the clerk's record was not filed because appellants had not paid or made arrangements to pay the clerk's fee to prepare the record and appellants were not entitled to the record without paying the fee. After receiving the clerk's notification, we ordered appellants to provide written proof to this court on or before June 1, 2018, that either (1) the clerk's fee had been paid or arrangements satisfactory to the clerk had been made to pay the clerk's fee; or (2) appellants were entitled to the clerk's record without prepayment of the clerk's fee. *See id.* R. 35.3(a); TEX. R. CIV. P. 145. On June 1, 2018, the clerk filed a notification of late record asking for an extension of thirty days to file the clerk's record. In the notification, the clerk seemed to suggest appellants have made the required payment. Accordingly, we granted the clerk's request for an extension of time and ordered the clerk **ORDER** the clerk to file the clerk's record in this court on or before July 2, 2018. The clerk's record has not been filed and no additional requests for extension of time to file the record has been filed.

Accordingly, we **ORDER** Jan Davis, District Clerk of Gillespie County, to file the clerk's record in this court on or before **August 6, 2018**.

We **order** the clerk of this court to serve a copy of this order on the pro se appellants, all counsel, and the district clerk.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court